UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

LUIS FERNANDEZ,

Inmate ID Number: D33555,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

v.

ARTURO MIRANDA, MEDICAL DOCTOR

E. LANE, WARDEN,

MAJOR YOUNG,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.: 3:22-cv-1345-BJD-LLL
*(To be filled in by the Clerk's Office)*

FILED 2022 DEC -7 AM 11:57 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FL

**Jury Trial Requested?**
☒ YES  ☐ NO

Provided to Suwannee Correctional Institution on:
DEC 0 2 2022
for mailing, by

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: **LUIS FERNANDEZ**   ID Number: **D33555**

List all other names by which you have been known: **N/A**

Current Institution: **SUWANNEE CORRECTION INSTITUTION**

Address: **5964 US Hwy 90, LIVE OAK, FLORIDA 32060**

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: **ARTURO MIRANDA**

    Official Position: **MEDICAL DIRECTOR/ADMINISTOR**

    Employed at: **SUWANNEE CORRECTIONAL INSTITUTION**

    Mailing Address: **5964 US Hwy 90**
    **LIVE OAK, FLORIDA 32060**

    ☒ Sued in Individual Capacity      ☒ Sued in Official Capacity

2. Defendant's Name: E. LANE

   Official Position: WARDEN

   Employed at: SUWANNEE CORRECTIONAL INSTITUTION

   Mailing Address: 5964 US Hwy 90; LIVE OAK, FLORIDA 32060

   [X] Sued in Individual Capacity        [X] Sued in Official Capacity

3. Defendant's Name: C. YOUNG

   Official Position: MAJOR

   Employed at: SUWANNEE CORRECTIONAL INSTITUTION

   Mailing Address: SUWANNEE CORR. INSTITUTION, 5964 US Hwy 90 LIVE OAK, FLORIDA

   [X] Sued in Individual Capacity        [X] Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee     ☐ Civilly Committed Detainee

☒ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee     ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On September 9, 2022, Fernandez had a psychotic episode while housed in H3-101 at Suwannee Correctional Institution's Transitional Care Unit ("TCU"). During this episode, Fernandez swallowed a 8 inch piece of metal. Fernandez refused to come out of his cell to be placed in a restraint chair. Fernandez was eventually cell extracted by a five (5) man team of correctional officers. This incident occurred at approximately 12:15 to 1:30 P.M.

On September 20, 2022, eleven (11) days after the incident, x-rays were conducted. Prior to the Sept. 20th x-ray, Fernandez spoke to his mental health counselor about the nursing staff ignoring his verbal requests (cell front) for medical treatment.

The September 20th, 2022 sick call Fernandez

**Statement of Facts Continued** *(Page 2 of ___)*

complained of: acidity, extreme pain in his stomach and inflammation, and his inability to have a normal bowel movement. That was Fernandez' 2nd sick call. On 9/24/22, Fernandez submitted a sick call complaining of: the lack of medical attention, extreme pain, acidity, and requesting to see a specialist to have the metal removed. On 9/29/2022, Fernandez submitted his fourth (4th) sick call complaining that: "the last time I threw up, it had blood in it. And I went to the bathroom and blood showed. X-rays were done on 9/30/22 but nobody has seen me about this. I'm in a lot of pain."

On 10/6/22, Fernandez again submitted a sick call in reference to his medical issue. Stating in part, "I not want to see nurse. I put four sick call for the same problem. I have big of metal inside my stomach since 9/9/22. I swallow

CONTINUATION OF PAGE 6...

this big piece of metal (28) days ago, and I been hurting ever since. I want to see the Doctor."

On September 26, 2022, Fernandez sent a letter to the Florida Correctional Medical Authority, ("CMA") and reported the lack of medical attention and treatment. See copy of letter attached.

On September 29, 2022, Fernandez was finally taken to sick call twenty (20) days after the incident for the first time.

On October 12, 2022, Doctor Miranda conducted an examination (33 days) later and submitted a consult for the Regional Medical Center for X-rays.

On October 14, 2022, Fernandez was sent to RMC to see a Gastrologist for X-rays. The Gastrologist referred Fernandez to Jackson Memorial Hospital's Emergency Room.

On October 15, 2022, Fernandez underwent surgery to have the metal REMOVED 36 days later.

Defendant Lane is the Warden of Suwannee Corr. Inst. He is legally responsible for the operation of Suwannee Corr. Inst. and for the welfare of all inmates of that prison. The Florida Administrative Code requires the Warden to visit Special Housing Units once weekly. Fernandez informed Defendant Lane several times of his medical issue, before September 20, 2022 during his weekly visits. The Defendant failed to take any action in the matter. Defendant Lane's inaction violated Plaintiff Fernandez's rights under the Eighth Amendment to the United States Constitution and

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Plaintiff is asserting claims under the Eighth Amendment to the United States Constitution as well as violations of the Americans with Disabilities Act and the Rehabilitation Act of 1973.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

See, pg. 6 (continuation)

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _n/A_____

   Court: _____

2. Date: _____ Case #: _n/A_____

   Court: _____

3. Date: _____ Case #: _n/A_____

   Court: _N/A_____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _N/A_____ Parties: _N/A_____

Court: N/A       Judge: N/A

Date Filed: —   Dismissal Date *(if not pending)*: —

Reason: —

2. Case #: N/A       Parties: N/A

   Court: N/A       Judge: N/A

   Date Filed: —   Dismissal Date *(if not pending)*: —

   Reason: N/A

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: N/A       Parties: N/A

   Court: N/A       Judge: N/A

   Date Filed: —   Dismissal Date *(if not pending)*: —

   Reason: N/A

2. Case #: N/A       Parties: N/A

   Court: N/A       Judge: N/A

   Date Filed: —   Dismissal Date *(if not pending)*: —

   Reason: N/A

3. Case #: N/A       Parties: N/A

Court: N/A _____ Judge: N/A _____

Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

Reason: _____

4. Case #: N/A _____ Parties: N/A _____

   Court: N/A _____ Judge: N/A _____

   Date Filed: ——— Dismissal Date *(if not pending)*: ———

   Reason: N/A _____

5. Case #: N/A _____ Parties: N/A _____

   Court: N/A _____ Judge: N/A _____

   Date Filed: ——— Dismissal Date *(if not pending)*: ———

   Reason: N/A _____

6. Case #: N/A _____ Parties: N/A _____

   Court: N/A _____ Judge: N/A _____

   Date Filed: ——— Dismissal Date *(if not pending)*: ———

   Reason: N/A _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/31/22  Plaintiff's Signature: *Luis Fernandez*

Printed Name of Plaintiff: LUIS FERNANDEZ

Correctional Institution: SUWANNEE CORR. INST.

Address: 5964 US Hwy 90; Live Oak, FLORIDA

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __30TH__ day of __NOVEMBER__, 20__22__.

Signature of Incarcerated Plaintiff: _Luis Fernandez_
DC #D33555